UNITED STATES DISTRICT COURT
DISTRICT NEW JERSEY

JAMES KLAUSNER

  Plaintiff(s)
  vs.

FIRST CREDIT FINANCIAL, INC.

  Defendant(s)

: Civil No. 11-1262(JBS/AMD)

: **NOTICE OF CALL FOR DISMISSAL PURSUANT TO LOCAL RULE 41.1(a)/4m**

  PLEASE TAKE NOTICE, that the above-captioned action, having been pending for more than 120 days without any proceeding having been taken therein, will be called at the Mitchell H. Cohen Courthouse, One John F. Gerry Plaza, Camden, New Jersey before the Hon. Jerome B. Simandle, U.S.D.J., Courtroom 4A, on **September 8, 2011 at 9:00 a.m.** or as soon thereafter as the same may be reached, and unless sufficient cause to the contrary is shown, the case will be dismissed for lack of prosecution in accordance with Local Rule 41.1(a) of the Local Rules of this Court.

  **NO APPEARANCE IS REQUIRED.** Litigants may show good cause by affidavit setting forth what good faith efforts to prosecute this action have been made and what further efforts are intended.

          WILLIAM T. WALSH, CLERK
        By:
         s/ Marnie Maccariella
         Deputy Clerk

DATED: August 25, 2011

TO: Amy Lynn Bennecoff