UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| JAMES KLAUSNER | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Civil No.  11-1262(JBS/AMD) |
| vs. | : | |
| | : | **ORDER OF DISMISSAL** |
| | : | |
| FIRST CREDIT FINANCIAL, INC. | : | |
| | : | |
| Defendant(s) | : | |

-----------------------------------------------------

It appearing to the Court that the above case has been pending for more than 120 days without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

**IT IS on this   8TH   day of   SEPTEMBER, 2011**

**ORDERED** that the above case be and the same hereby  is  dismissed in accordance with General Rule 41.1(a) and/or Rule 4(m), F.R.C.P., without prejudice and without cost to either party.


s/ *JEROME B. SIMANDLE*
UNITED STATES DISTRICT JUDGE

cc:    Hon. Jerome B. Simandle, USDJ
       Hon. Ann Marie Donio, USMJ